

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>EMANUEL RICARDO AGUAYO,<br><br>              Defendant. | Case No. SA 13-431M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. . § 3143(a) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violation(s) of the terms and conditions of his supervised release; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:  no bail resources; numerous probation and parole violations indicate that defendant is not amenable to supervision; substance abuse history; use of multiple personal identifiers (DOBs); fled from USMS

and/or

B.  ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:  lengthy criminal history with multiple violations of probation and parole; failure to comply with supervised release conditions; substance abuse history

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated:  9/19/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge